1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA  (CSB #187176)
4  Assistant United States Attorney
           Federal Building Suite 7516
5          300 North Los Angeles Street
           Los Angeles, California
6          Tel. 213 894-6117
           FAX: 213 894-7819
7          Email: Sharla.Cerra@usdoj.gov

8  Attorneys for Defendant,
          Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CAROL DAVIS, | ) CV 07-3946 AGR |
| Plaintiff, | ) |
| v. | ) **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATED: January 28, 2008

*Alicia G. Rosenberg*

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-